FILED IN CHAMBERS
U.S D C - Atlanta

SEP 2 1 2011

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :          CRIMINAL ACTION FILE NO.
v.                                :          1:11-CR-0058-ODE-RGV
                                  :
JASON SHEPHERD                    :

ORDER

This criminal action is before the Court on the Final Report and Recommendation of United States Magistrate Russell G. Vineyard filed August 23, 2011 [Doc. 32]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Suppress [Doc. 15] be denied.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court.  For the reasons set forth in the Report and Recommendation, Defendant's Motion to Suppress [Doc. 15] is DENIED.

SO ORDERED, this _21_ day of September, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE